## COMMONWEALTH *vs.* CHARLES SMITH.

When two persons are jointly indicted for house breaking, and one of them pleads guilty, he is a competent witness, before sentence, on the trial of the other.

CHARLES SMITH and Hiram Underwood were jointly indicted for breaking and entering a dwelling-house, in the day time, with intent to commit larceny therein. Underwood pleaded guilty, and Smith pleaded not guilty. At the trial of Smith, in the municipal court, before *Wells*, C. J. the prosecuting attorney, after the evidence for the defence was closed, offered Underwood, who had not been sentenced nor discharged, as a witness for the Commonwealth. The

counsel of Smith objected to the admission of Underwood's testimony, on the ground that he was still a party to the record, and therefore incompetent to testify. This objection was overruled, and Underwood's testimony was admitted. The jury found Smith guilty, and he alleged exceptions.

*H. C. Hutchins*, for the defendant, cited *Commonwealth v. Marsh*, 10 Pick. 57. *The People v. Bill*, 10 Johns. 95. *Bull v. Strong*, 8 Met. 8. *Regina v. Lyons*, 9 Car. & P. 555. *Hawkesworth v. Showler*, 12 Mees. & Welsb. 45. *The King v. Ryan*, Jebb's Cr. Cas. 5. 1 Greenl. on Ev. § 363. 3 Phil. Ev. (4th Amer. ed.) 1504, 1510, 1511. *Rex v. Lafone*, 5 Esp. R. 154.

*S. D. Parker*, for the Commonwealth, cited *Bradlee v. Neal*, 16 Pick. 501. *Chaffee v. Jones*, 19 Pick. 260. *Butcher v. Forman*, 6 Hill, 583. *Aflalo v. Fourdrinier*, 6 Bing. 306. *Regina v. George*, Car. & Marshm. 111.

SHAW, C. J. The question in the present case is, whether a co-defendant, who has pleaded guilty, but has not been sentenced, can be called as a witness for the prosecution.

It has been held, that a co-defendant, who has not been tried, cannot be called as a witness for one put on trial separately. *Commonwealth v. Marsh*, 10 Pick. 57. So it has been held, in New York, that a party in the same indictment cannot be a witness for his co-defendant, upon his trial, until he has been acquitted or convicted. *The People v. Bill*, 10 Johns. 95. But the reason does not apply to one who, by conviction on his own confession, has ceased to be a party to the issue to be tried. *Rex v. Fletcher*, 1 Stra. 633. And in a late case, where a co-defendant had pleaded guilty to a charge of house breaking, and was called as a witness, before sentence, he was admitted. *Regina v. George*, Car. & Marshm. 111. See also 1 Phil. & Amos on Ev. 29, 70.

*Exceptions overruled.*